AUSA: Katherine Cheng

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**25 MAG 2211**

UNITED STATES OF AMERICA

v.

WILVYN ANTONIO ROSARIO MARTINEZ,
a/k/a "Anthony,"

Defendant.

**SEALED COMPLAINT**

Violations of 21 U.S.C. § 846 and 18
U.S.C. §§ 922(o), 924(c), and 2

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

RICHARD PENA, being duly sworn, deposes and says that he is a Special Agent with Homeland Security Investigations ("HSI"), and charges as follows:

## COUNT ONE
### (Conspiracy to Distribute Narcotics)

1. From at least in or about December 2024 through at least in or about July 2025, in the Southern District of New York and elsewhere, WILVYN ANTONIO ROSARIO MARTINEZ, a/k/a "Anthony," the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2. It was a part and an object of the conspiracy that WILVYN ANTONIO ROSARIO MARTINEZ, a/k/a "Anthony," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Firearms Use, Carrying, and Possession, Including Machineguns)

4. On or about May 7, 2025, in the Southern District of New York and elsewhere, WILVYN ANTONIO ROSARIO MARTINEZ, a/k/a "Anthony," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics trafficking conspiracy charged in Count One of this Complaint, knowingly used and carried firearms, and in furtherance of such crime, possessed firearms, and aided and

abetted the use, carrying, and possession of firearms, including multiple parts designed and intended solely and exclusively for use in converting a weapon into a machinegun capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(ii), and 2.)

## COUNT THREE
### (Possession and Transfer of Machineguns)

5.  On or about May 7, 2025, in the Southern District of New York and elsewhere, WILVYN ANTONIO ROSARIO MARTINEZ, a/k/a "Anthony," the defendant, knowingly possessed and transferred machineguns, to wit, ROSARIO MARTINEZ sold to an individual multiple parts designed and intended solely and exclusively for use in converting a weapon into a machinegun capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger.

(Title 18, United States Code, Section 922(o)(1))

The bases for my knowledge and for the foregoing charges are, in part, as follows:

6.  I am a Special Agent with HSI, where I am currently assigned to the Violent Gang Task Force, which focuses on combatting gang violence, firearms trafficking, and narcotics trafficking. I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement officers and other individuals. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

7.  Based on my participation in this investigation, including physical surveillance and conversations with other members of law enforcement and other individuals, and my review of reports, records, photographs, and audio and video recordings, I have learned the following:

    a.  Between approximately December 2024 and May 2025, a confidential informant working at the direction of law enforcement (the "CS")[1] had communications with an individual residing in the Boston area known to the CS as "Anthony," later identified to be WILVYN ANTONIO ROSARIO MARTINEZ, a/k/a "Anthony," the defendant, in connection with five sale

---

[1] The CS has been working at the direction of HSI since approximately September 2024 in exchange for monetary compensation and immigration benefits. Prior to this work with HSI, the CS worked at the direction of other law enforcement agencies, including the Drug Enforcement Administration, since approximately 2014. The CS has multiple prior convictions for controlled substance offenses from approximately 1996 to 2012. The information provided by the CS has been reliable and independently corroborated by, among other things, text messages and other communications, as well as law enforcement observations and records.

2

transactions for firearms, narcotics, ammunition, and other firearms accessories.[2] For four of those five transactions, ROSARIO MARTINEZ met with and provided the narcotics and firearms to the CS during the transaction, and for the remaining transaction, ROSARIO MARTINEZ had communications about the transaction with the CS, but ultimately, two other associates of ROSARIO MARTINEZ met with the CS to complete the sale.

   b. In total across the five transactions, the CS purchased from ROSARIO MARTINEZ and his associates for approximately $36,000 the following: approximately 580 grams of fentanyl, 7 firearms (including untraceable privately manufactured firearms, loaded firearms, and firearms with serial numbers partially obliterated), over 100 rounds of ammunition, and 5 operable firearm switches. A firearm switch is designed and intended solely and exclusively for use in converting a semi-automatic firearm into a machinegun capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger. Each of the five transactions is summarized below.

### December 2024 Fentanyl and Firearms Sale

   c. On or about December 16, 2024, ROSARIO MARTINEZ met with the CS at a location in the Bronx, where ROSARIO MARTINEZ entered the CS's car and provided to the CS a .45 caliber firearm and a twist bag wrapped in multiple layers of clear plastic wrap containing solid material. In exchange, the CS paid ROSARIO MARTINEZ $5,000, and then ROSARIO MARTINEZ exited the CS's car. The transaction was audio recorded. During the transaction, ROSARIO MARTINEZ stated that the product – referring to the narcotics – was good and that the firearm was a military firearm.

   d. The New York City Police Department ("NYPD") controlled substances laboratory tested the material in the twist bag that ROSARIO MARTINEZ sold to the CS. The material weighed approximately 110.6 grams and tested positive for fentanyl. The .45 caliber firearm that ROSARIO MARTINEZ sold to the CS was loaded with six rounds of ammunition.

### February 2025 Fentanyl, Firearms, and Ammunition Sale

   e. Between December 2024 and February 2025, ROSARIO MARTINEZ and the CS continued to communicate by phone and over WhatsApp, with ROSARIO MARTINEZ using a phone number subscribed to in the name of "Wilvyn Rosario-Martinez." For instance, on or about February 18, 2025, in a series of recorded phone calls, the CS confirmed his interest in obtaining a sample of M30 pills, as well as firearm switches, and ROSARIO MARTINEZ agreed to look into those. Based on my training, experience, and participation in this investigation, I understand M30 pills to refer to counterfeit 30-miligram oxycodone pills commonly laced with fentanyl but manufactured to resemble legitimate pharmaceuticals. Around the middle of February 2025, ROSARIO MARTINEZ told the CS by WhatsApp that ROSARIO MARTINEZ obtained firearms from members of the Chinese mafia and a source who owns a shooting range in New Hampshire, and that ROSARIO MARTINEZ has connections in the Bronx.

---

[2] The CS and ROSARIO MARTINEZ communicated primarily in Spanish. To the extent such communications are summarized herein, they are summarized in substance and in part, based on preliminary translations, and subject to change.

3

f. On or about February 26, 2025, ROSARIO MARTINEZ met the CS at an agreed-upon meeting location in Yonkers. ROSARIO MARTINEZ brought with him an unknown male whom ROSARIO MARTINEZ described as his "protection." ROSARIO MARTINEZ entered the CS's car alone, while the unknown male remained outside. Inside the CS's car, ROSARIO MARTINEZ handed the CS approximately 260 M30 pills, a 9 mm pistol with a defaced serial number, a .45 caliber pistol, two magazines, and one barrel extension in exchange for $8,000. Each of the firearms was loaded with 9 rounds of ammunition. During the transaction, which was audio recorded, ROSARIO MARTINEZ discussed prices and pill counts with the CS, the possibility of future transactions, and ROSARIO MARTINEZ stated that he was a member of the Trinitarios street gang,

g. Subsequent NYPD lab testing confirmed that the pills ROSARIO MARTINEZ sold to the CS weighed approximately 27.4 grams and tested positive for fentanyl.

### March 2025 Fentanyl, Firearms, and Ammunition Sale

h. After the February 2025 transaction, ROSARIO MARTINEZ and the CS continued to discuss firearms and narcotics. For instance, during telephone calls on or about February 26, 2025 and February 28, 2025, ROSARIO MARTINEZ mentioned that he could try to find a silencer and discussed pills. On or about March 4, 2025 during telephone calls with the CS, ROSARIO MARTINEZ indicated that he was speaking to others about the upcoming transaction and may or may not be the one to meet with the CS; ultimately, ROSARIO MARTINEZ stated that he would try to find out from others who the individuals meeting the CS for the transaction would be.

i. Later that day, on or about March 4, 2025, at a location in Yonkers, an unidentified male and an unidentified female appeared in a car. The male exited the car and entered the CS's car carrying a black suitcase, while the female remained with the car that the male and female arrived in. Inside the CS's car, the CS paid the male approximately $7,000 and received in return from the male the contents of the black suitcase, which included a semiautomatic rifle, a pistol with a partially obliterated serial number, a magazine loaded with eight armor piercing bullets, 65 other rounds of ammunition, and approximately 595 M30 pills in a clear plastic bag, which NYPD lab testing confirmed contained fentanyl and weighed approximately 62.3 grams. The transaction was video and audio recorded. During the transaction, the male acknowledged being a member of the Trinitarios.

### April Fentanyl, Firearms, and Ammunition Sale

j. After the March 2025 transaction, ROSARIO MARTINEZ and the CS continued to communicate over WhatsApp and by telephone. On or about April 9, 2025, the CS and ROSARIO MARTINEZ met at an agreed-upon location in Yonkers, where ROSARIO MARTINEZ entered the CS's car and provided one pistol, one magazine containing 12 rounds, and approximately 2,000 M30 pills wrapped in plastic in exchange for approximately $6,500. During the transaction, which was audio recorded, the CS raised with ROSARIO MARTINEZ the fact that the CS agreed to purchase two firearms, not one, and in the presence of the CS, ROSARIO MARTINEZ made a couple calls, including to an unidentified co-conspirator, about the discrepancy, which revealed that the unidentified co-conspirator had forgotten to give ROSARIO MARTINEZ the second firearm.

k. NYPD laboratory testing confirmed that the M30 pills sold by ROSARIO MARTINEZ contained fentanyl and weighed approximately 198.7 grams.

### May Fentanyl, Firearms, Machineguns, and Ammunition Sale

l. After the April 2025 transaction, ROSARIO MARTINEZ and the CS continued to communicate over WhatsApp and by telephone. For instance, on or about May 2, 2025, ROSARIO MARTINEZ and the CS had a phone call to discuss the prices of firearm switches and pills. On or about May 7, 2025, ROSARIO MARTINEZ met the CS at an agreed upon location in Yonkers where ROSARIO MARTINEZ entered the CS's car and provided the CS with approximately 2,000 M30 pills, one Polymer 80 pistol, 5 metal firearm switches, 9 bullets, and one magazine, in exchange for approximately $9,600. The transaction was audio and video recorded. During the transaction, in the presence of the CS, ROSARIO MARTINEZ called an unidentified co-conspirator because the CS complained that ROSARIO MARTINEZ was supposed to bring two firearms, not one. In addition, ROSARIO MARTINEZ and the CS discussed the firearm switches, and ROSARIO MARTINEZ said he was more worried about those because the prison sentence for just one firearm switch was fifteen years.

m. Based on my training, experience, and participation in this investigation, I know that a Polymer 80 firearm is a privately made firearm that does not include a serial number, which allows the firearm to be untraceable by law enforcement. NYPD analysis of the Polymer 80 pistol and 5 switches revealed that the switches were fully operable with the pistol; in other words, each firearm switch caused the pistol with which it was sold to fire as a machine gun capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger.

n. NYPD lab testing of the pills sold by ROSARIO MARTINEZ on or about May 7, 2025 confirmed the presence of fentanyl and a weight of approximately 180.4 grams.

### Identification of Rosario Martinez

o. Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of reports and records, I have learned that, on or about December 16, 2024, the CS identified a photograph of "Wilvyn Antonio Rosario Martinez" from a U.S. permanent resident card as ROSARIO MARTINEZ, the individual known to the CS as "Anthony." In addition, all cellular communications between the CS and ROSARIO MARTINEZ relating to the above-described transactions involved ROSARIO MARTINEZ using a phone number with the subscriber registered as "Wilvyn Rosario-Martinez."

WHEREFORE, I respectfully request that an arrest warrant issue for WILVYN ANTONIO ROSARIO MARTINEZ, a/k/a "Anthony," the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

/s **Richard Pena**  (By Court with Application)

Richard Pena
Special Agent
Homeland Security Investigations

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone) this  11th day of July, 2025

THE HONORABLE SARAH L. CAVE
United States Magistrate Judge
Southern District of New York

6