UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILVYN ANTONIO ROSARIO MARTINEZ,<br>  a/k/a "Anthony,"<br><br>                              Defendant. | **ORDER**<br><br>25 Cr. 325 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of Defendant Wilvyn Antonio Rosario Martinez, a/k/a "Anthony," will take place on **August 15, 2025, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
            August 11, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge