UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WILVYN ANTONIO ROSARIO MARTINEZ,
    a/k/a "Anthony,"

                       Defendant.

**ORDER**

25 Cr. 325 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The next conference in this matter will take place on **November 5, 2025, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. For the reasons stated today in open court, Defendant Wilvyn Antonio Rosario Martinez, a/k/a "Anthony," will be detained pending trial.

Dated: New York, New York
       August 15, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge