

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

January 5, 2026

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  *United States v. Wilvyn Antonio Rosario Martinez*, 25 Cr. 325 (PGG)

Dear Judge Gardephe:

The Government writes on behalf of the parties to request an approximate 60-day adjournment – to March 2, 2026 or March 3, 2026 – of the status conference currently scheduled for Friday January 9, 2026 in the above-referenced matter. The parties continue to discuss a potential pretrial resolution, and defense counsel currently has a trial beginning in February.

In addition, the Government respectfully requests that time between January 9, 2026 and the date of the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties additional time to continue exploring a potential pretrial resolution. Defense counsel consents to this request.

**MEMO ENDORSED:**

The application is denied.
The conference will proceed
as scheduled on January 9,
2026.
SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:  January 1, 2026

cc:    Kristoff Williams, Esq. (by ECF)

Sincerely,

JAY CLAYTON
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492