UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WILVYN ANTONIO ROSARIO
MARTINEZ,
a/k/a "Anthony,"

Defendant.

**ORDER**

25 Cr. 325 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for January 9, 2026, at 10:00 a.m. is

adjourned to **January 9, 2026, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

Dated: January 8, 2026
       New York, New York

SO ORDERED.

Paul G. Gardephe
United States District Judge