UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILVYN ANTONIO ROSARIO MARTINEZ,
        a/k/a "Anthony,"

                        Defendant.

**ORDER**

25 Cr. 325 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed during today's conference, any pretrial motions are to be filed by

**March 6, 2026.**  The next conference will take place on **March 11, 2026, at 10:00 a.m.**, in

Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        January 9, 2026

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge