UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| WILVYN ANTONIO ROSARIO MARTINEZ, a/k/a "Anthony," | 25 Cr. 325 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

Upon the joint request of the parties, the deadline to file any pretrial motions is extended from March 6, 2026 to **May 6, 2026**, and the conference currently scheduled for March 11, 2026, at 10:00 a.m. is adjourned to **May 11, 2026, at 10:00 a.m.**

Upon the application of the Government, by and through Assistant United States Attorney Katherine Cheng, and with the consent of the Defendant, Wilvyn Antonio Rosario Martinez, by and through his counsel, Kristoff Williams, the time between March 11, 2026, through May 11 2026, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution.

Dated: New York, New York
        March 4, 2026

SO ORDERED.

_____
Paul G. Gardephe

2

United States District Judge