UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILVYN ANTONIO ROSARIO MARTINEZ,
    a/k/a "Anthony,"

                    Defendant.

**ORDER**

25 Cr. 325 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Upon the joint request of the parties, the deadline to file any pretrial motions is adjourned from May 6, 2026 to **June 6, 2026**, and the conference currently scheduled for May 11, 2026, at 10:00 a.m. is adjourned to **June 17, 2026, at 11:00 a.m.**

        Upon the application of the Government, by and through Assistant United States Attorney Katherine Cheng, and with the consent of the Defendant, Wilvyn Antonio Rosario Martinez, by and through his counsel, Kristoff Williams, the time between May 11, 2026, through June 17, 2026, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution.

Dated:  New York, New York
       May 5, 2026

                       SO ORDERED.

                       _____
                       Paul G. Gardephe
                       United States District Judge