UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILVYN ANTONIO ROSARIO MARTINEZ,
a/k/a "Anthony,"

Defendant.

**ORDER**

25 Cr. 325 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for August 17, 2026, at 11:00 a.m. is adjourned to **Thursday, October 15, 2026, at 11:00 a.m.**

Dated: New York, New York
August 12, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge