**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 38th Floor
New York, New York 10278

August 14, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Wilvyn Antonio Rosario Martinez,* 25 Cr. 325 (PGG)**

Dear Judge Gardephe:

The Government respectfully writes on behalf of the parties to request a 14-day adjournment of the August 20, 2026 and August 27, 2026 deadlines for the Government's opposition and any defense reply to the defense motion to dismiss, respectively, as the parties are actively engaged in discussions regarding a potential pretrial resolution that may render the motion moot.

Thank you for your consideration.

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated: August 14, 2026

Sincerely,

JAY CLAYTON
United States Attorney

By: 
Katherine Cheng
Assistant United States Attorney
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492

cc: Kristoff Williams, Esq.