UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILVYN ROSARIO MARTINEZ,

Defendant.

**ORDER**

25 Cr. 325 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's Rule 11 proceeding, the Government will submit a letter by **October 22, 2026,** explaining how the Defendant's expected factual allocution as to the lesser included offenses of Counts One and Two is legally sufficient. The Government's submission will address, in particular, (1) what level of knowledge concerning the controlled substance at issue is necessary to sustain a conviction under 21 U.S.C. §§ 841(b)(1)(B) and 846; and (2) whether a conviction under 18 U.S.C. § 924(c) can be predicated merely on the simultaneous sale of a controlled substance and a firearm. The Government's submission will contain citations to supporting case law.

Any submission by the Defendant concerning these issues will be made by **October 27, 2026**.

The Rule 11 proceeding will reconvene on **October 29, 2026, at 10:00 a.m.**

Dated: New York, New York
October 15, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge