UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILVYN ANTONIO ROSARIO MARTINEZ,
a/k/a "Anthony,"

Defendant.

**ORDER**

25 Cr. 325 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Rosario Martinez will take place on **February 12, 2027, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Defendant's sentencing submission is due by **January 29, 2027**, and the Government's response is due by **February 5, 2027.**

Dated: New York, New York
October 30, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge